UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**DEMETRIC WHITLOCK #4784444**               **CASE NO. 3:20-CV-00267 SEC P**

**VERSUS**                                                        **JUDGE DOUGHTY**

**DARRELL VANNOY**                                    **MAG. JUDGE KAREN L. HAYES**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 14] having been considered, together with the written Objection [Doc. No. 15] filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and judgment as recommended is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus, [Doc. No. 1], be **DENIED and DISMISSED WITH PREJUDICE** as time-barred under 28 U.S.C. § 2244(d).

THUS DONE AND SIGNED this 9th day of November, 2020, in Monroe, Louisiana.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE